FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2023

SEAN F. McAVOY, CLERK

1

2

3

4

5    **UNITED STATES DISTRICT COURT**

6    **EASTERN DISTRICT OF WASHINGTON**

7    MIGUEL L.,[1]                                    No. 1:23-cv-03098-MKD

8              Plaintiff,                              **ORDER GRANTING
                                                       STIPULATED MOTION FOR
9         v.                                           REMAND PURSUANT TO
                                                       SENTENCE FOUR OF 42 U.S.C. §
10   KILOLO KIJAKAZI, ACTING                           405(g) AND CLOSING FILE**
     COMMISSIONER OF SOCIAL
11   SECURITY,                                         **ECF Nos. 10, 12**

12                  Defendant.

         Before the Court is the parties' Stipulated Motion for Remand, ECF No. 12,

13

requesting remand of the above-captioned matter to the Commissioner for

14

additional administrative proceeding pursuant to sentence four of 42 U.S.C. §

15

405(g).  Attorney D. James Tree represents Plaintiff.  Attorney David Burdett

16

represents Defendant.

17

_____

18   [1] To protect the privacy of plaintiffs in social security cases, the undersigned

19   identifies them by only their first names and the initial of their last names.  *See*

20   LCivR 5.2(c).

ORDER - 1

After consideration, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulated Motion for Remand, **ECF No. 12**, is **GRANTED**.

2. The above-captioned case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

The parties have stipulated to the following:

On remand, the Appeals Council will instruct the ALJ to:

- Offer Plaintiff the opportunity for a new hearing and further develop the record;

- Reevaluate Plaintiff's heart condition and the related medical evidence;

- Reevaluate Plaintiff's residual functional capacity;

- If warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy; and

- Issue a new decision.

*See* ECF No. 12 at 1-2.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment, **ECF No. 10**, is **STRICKEN AS MOOT**.

ORDER - 2

1      5. Upon proper presentation, this Court will consider Plaintiff's application

2  for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

3      The District Court Executive is directed to enter this Order, **enter**

4  **Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

5      DATED October 27, 2023.

6

7                     s/Mary K. Dimke
                     MARY K. DIMKE
                UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER - 3